

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.757.1100   F 973.757.1090

**Liza M. Walsh**
Partner

February 24, 2016

**VIA ELECTRONIC FILING**
William T. Walsh, Clerk
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:   *Telebrands Corp. v. Zuru Ltd.*
             *Civil Action No. 2:15-cv-08675-CCC-MF*

Dear Mr. Walsh:

    This firm, together with Cooper & Dunham LLP and Boies, Schiller & Flexner LLP, represents Telebrands Corp. ("Telebrands") in connection with the above-referenced matter.

    On February 18, 2016 Zuru Ltd. filed a Motion to Dismiss or Transfer to the Eastern District of Texas or Alternatively to Stay (ECF No. 20). The current return date set for the Motion is March 21, 2016.

    Telebrands hereby invokes Local Civil Rule of Procedure 7.1(d)(5) to extend the March 7, 2016, deadline for the opposition to Zuru Ltd.'s Motion to Dismiss or Transfer to the Eastern District of Texas or Alternatively to Stay. The new due date for the opposition is March 21, 2016, and the new return date is April 4, 2016.

    Very truly yours,

    *s/Liza M. Walsh*

    Liza M. Walsh

cc:    All Counsel of Record (via ECF and email)